```
___FILED        ___RECEIVED
___ENTERED      ___SERVED ON
         COUNSEL/PARTIES OF RECORD

        MAY 17 2022

   CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:_____ DEPUTY
```

MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No.11531
LAS VEGAS DEFENSE GROUP L.L.C
2970 W Sahara Avenue
Las Vegas, NV 89102
Ph: (702) 333-3673
Fax: (702) 974-0524
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21MJ-00683-ejy |
| Plaintiff, | **STIPULATION TO CLOSE CASE** |
| v. | |
| WINSTON WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREEED, by and between M. Frierson, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America and Michael Becker, Esq. and Michael V. Castillo, Esq. of the law firm Las Vegas Defense Group, LLC, counsel for WINSTON WILLIAMS, that the Status Check set for May 18, 2022, be vacated and the case be closed out.

The Stipulation is entered into for the following reasons:

1. Mr. Williams has completed all requirements (*See* Exhibit A)

DATED this 16th day of May, 2022

AGREED TO AND STIPULATED:

/s/ Mina Chang  
MINA CHANG  
Assistant United States Attorney

/s/ Michael Castillo  
MICHAEL CASTILLO  
Counsel for Defendant, Winston Williams

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:21MJ-00683-ejy |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CLOSE CASE** |
| WINSTON WILLIAMS, | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That Mr. Williams has completed all of his requirements.

## ORDER

Based on the stipulation of Counsel for all parties and good cause appearing:

**IT IS THEREFORE ORDERED** that the Status Check scheduled for May 18, 2022, be vacated and the case be successfully closed out.

MAGISTRATE JUDGE ELAYNA J. YOUCHAH

Dated: May 17th, 2022